# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID HARLAN LAVERS,
Appellant,

vs.

DAVID J. TANNER; AND ALLYSON TANNER,
Respondents.

No. 74390

FILED

SEP 07 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order adjudicating an attorney lien. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

This appeal was docketed in this court on November 8, 2017. On February 23, 2018, this court issued a notice directing appellant to file, by June 25, 2018, either an opening brief that complies with NRAP 28 and 32, or the informal brief for pro se parties provided by the clerk. After appellant failed to file his brief, this court issued an order on July 31, 2018, directing appellant to file the brief on or before August 13, 2018. That order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned. To date, appellant has failed to file a brief or to otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Gibbons_____ J.
Gibbons

_____Hardesty_____, J.
Hardesty

Supreme Court
OF
Nevada

(O) 1947A

18-35012

cc: Hon. David M. Jones, District Judge
David Harlan Lavers
Hall Jaffe & Clayton, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A